UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 10, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANUEL AGUEROS,

Defendant.

Case No. 2:17-cr-00053-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __MANUEL AGUEROS__,

Case No. __2:17-cr-00053-WBS__ Charge __18 USC § 1349__, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ __25,000__

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

Issued at Sacramento, California on April 10, 2017 at __2:50 am__.

By: _____
Magistrate Judge Edmund F. Brennan