McGREGOR W. SCOTT
United States Attorney
NIRAV K. DESAI
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-053 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING OF **DEFENDANT MANUEL AGUEROS** |
| v. | |
| TIMOTHY CHAPIN, MANUEL AGUEROS, PAUL FOURNIER, ROBERT LAUTENSLAGER, JEFFREY REILLEY, JORGE EGUILUZ, | DATE: May 15, 2018 TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for judgment and sentencing on May 15, 2018.

2. By this stipulation, the United States of America ("government") and defendant Manuel Agueros ("defendant") now move to continue the judgment and sentencing until **October 30, 2018, at 9:15 a.m.**, on the basis of the complexity of this case, the defendant's desire to provide additional information to the U.S. Probation Officer, the parties' efforts to stipulate to a restitution figure, and availability of counsel due to trial and vacation schedules.

3. The government and the defendant further stipulate to the following briefing schedule related to the judgment and sentencing proceeding:

a) Judgment and Sentencing Date: October 30, 2018

b) Reply, or Statement of Non-Opposition: September 4, 2018

c) Motion for Correction of Presentence Investigation Report shall be filed with the Court and served on the Probation and Opposing Counsel no later than: August 28, 2018

d) The Presentence Investigation Report shall be filed with the Court and disclosed to counsel no later than: August 21, 2018

e) Counsel's written objections to the proposed Presentence Investigation Report shall be delivered to the Probation Officer and opposing counsel no later than: August 14, 2018, 2018

f) The proposed Presentence Investigation Report shall be disclosed to counsel no later than: July 31, 2018

4. The U.S. Probation Officer has been consulted about the proposed judgment and sentencing date, as well as the proposed briefing schedule, and has no objection to the proposals.

IT IS SO STIPULATED.

Dated: April 10, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ NIRAV K. DESAI
NIRAV K. DESAI
Assistant United States Attorney

Dated: April 10, 2018

/s/ Nirav K. Desai for Kresta Daly
(authorized on April 10, 2018)
KRESTA DALY, ESQ.
Counsel for Defendant
MANUEL AGUEROS

# ORDER

Upon review and consideration of the stipulation of the government and defendant Manuel Agueros, IT IS HEREBY ORDERED that:

1. Judgment and sentencing of defendant Manuel Agueros is continued to October 30, 2018, at 9:15 a.m.

2. The parties' briefing schedule set forth in the stipulation is ADOPTED.

IT IS SO ORDERED.

DATED: 4/11/2018

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE