1  Kresta Nora Daly, SBN 199689
   BARTH DALY LLP
2  2810 Fifth Street
   Davis, CA 95618
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email: kdaly@barth-daly.com
   Email: jpradhan@barth-daly.com
5
   Attorneys for Defendant
6  MANUEL AGUEROS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL AGUEROS,<br><br>　　　　Defendant. | Case No. 2:17-CR-00053-JAM<br><br>**STIPULATION AND ORDER** |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Kevin Khasigian and defendant Manuel Agueros, by and through his counsel of record Kresta Nora Daly, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 23, 2019.

2. By this stipulation, the parties request that this Court vacate the current sentencing on April 23, 2019, and reschedule the sentencing to May 28, 2019 at 9:15 a.m. before the Honorable John A. Mendez, to coincide with petitioner National Union Fire Insurance Company of Pittsburgh, Pa.'s ancillary hearing and the sentencing hearings for other defendants.

3. Probation is aware of this request and does not oppose.

///

///

4. The parties propose the following schedule of disclosure dates:

| | |
|---|---|
| Draft Presentence Report due | April 16, 2019 |
| Written Objections due: | April 30, 2019 |
| Presentence Report due | May 7, 2019 |
| Motion for Correction due: | May 14, 2019 |
| Reply/Non-Opposition due: | May 21, 2019 |
| Hearing | May 28, 2019 |

It is so stipulated.

Dated: March 27, 2019.  McGREGOR W. SCOTT
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant United States Attorney

Dated: March 27, 2019.  BARTH DALY LLP

By  /s/Kresta Nora Daly
KRESTA NORA DALY
Attorneys for Defendant MANUEL AGUEROS

# **ORDER**

The Court, having received, read and considered the stipulation of the parties, vacates the sentencing currently set for April 23, 2019 and reschedules it for May 28, 2019, at 9:15 a.m. and the new schedule of disclosure shall be as follows:

| | |
|---|---|
| Draft Presentence Report due | April 16, 2019 |
| Written Objections due: | April 30, 2019 |
| Presentence Report due | May 7, 2019 |
| Motion for Correction due: | May 14, 2019 |
| Reply/Non-Opposition due: | May 21, 2019 |
| Hearing | May 28, 2019 |

IT IS SO ORDERED.

Dated: 3/27/2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
JUDGE, UNITED STATES DISTRICT COURT