Kresta Nora Daly, SBN 199689
BARTH DALY LLP
2810 Fifth Street
Davis, CA 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com
Email: jpradhan@barth-daly.com

Attorneys for Defendant
MANUEL AGUEROS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MANUEL AGUEROS,<br><br>    Defendant. | Case No. 2:17-CR-00053-JAM<br><br>**STIPULATION AND [PROPOSED] ORDER** |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Kevin Khasigian and defendant Manuel Agueros, by and through his counsel of record Kresta Nora Daly, hereby stipulate as follows:

By previous order, this matter was set for sentencing on May 28, 2019. Formal objections were due May 14, 2019. Defense counsel started trial in state court on May 20, 2019,[1] and anticipates said trial will last until May 28 or 29, 2019. Defense counsel requires additional time to complete the formal objections and sentencing memorandum in this case.

Defense counsel requests that the current sentencing on May 28, 2019 be vacated, and rescheduled for June 18, 2019 at 9:15 a.m. before the Honorable John A. Mendez. Any motions

///

---

[1] *People v. Yang*, Sacramento County Superior Court Case No. 18FE011738.

{00028390}  - 1 -

for correction of the PSR shall be due no later than June 11, 2019. The government has no objection to these dates.

IT IS SO STIPULATED.

Dated: May 21, 2019.  McGREGOR W. SCOTT
United States Attorney

By /s/ *Kresta Nora Daly*
KEVIN C. KHASIGIAN
Assistant United States Attorney

Dated: May 21, 2019.  BARTH DALY LLP

By /s/ *Kresta Nora Daly*
KRESTA NORA DALY
Attorneys for Defendant MANUEL AGUEROS

**ORDER**

Good cause appearing, the sentencing set for May 28, 2019 is vacated. Sentencing is rescheduled for June 18, 2019, 9:15 a.m. Any motions for correction of the PSR shall be filed no later than June 11, 2019.

IT IS SO ORDERED.

Dated: 5/21/2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
JUDGE, UNITED STATES DISTRICT COURT