1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

**FILED**

JUN 2 5 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                2:17-CR-00053-JAM

12              Plaintiff,                   ORDER SEALING DOCUMENTS AS SET
                                             FORTH IN GOVERNMENT'S NOTICE
13      v.

14  MANUEL AGUEROS,

15              Defendant.

16

17

18      Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

19  Request to Seal, IT IS HEREBY ORDERED that the government's three-page motion for a departure

20  pursuant to U.S.S.G. § 5K1 pertaining to defendant Manuel AGUEROS , and government's Request to

21  Seal shall be SEALED until further order of this Court.

22      It is further ordered that access to the sealed documents shall be limited to the government and

23  counsel for the defendant.

24      The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

25  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

26  the government's request, sealing the government's motion serves a compelling interest. The Court

27  further finds that, in the absence of closure, the compelling interests identified by the government would

28                                      1

be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated: June 25, 2019

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2