1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,        No.  2:17-cr-00053-JAM-2

12              Plaintiff,

13        v.                           **ORDER FOR VOLUNTARY SURRENDER**

14    MANUEL AGUEROS,

15              Defendant.

16

17        Defendant Manuel Agueros, having been sentenced to the

18    custody of the Bureau of Prisons, shall surrender to the

19    institution designated by the Bureau of Prisons, or if no such

20    institution has been designated, to the United States Marshal in

21    Sacramento, California before 2:00 p.m. on August 15, 2019.  The

22    defendant is further advised it is a criminal offense punishable

23    by a consecutive term of imprisonment to fail to surrender for

24    service of sentence pursuant to the order of this Court.  All

25    conditions of pretrial release shall remain in effect until the

26    defendant surrenders in accordance with this order.

27        The Court reserves jurisdiction over this matter, and will

28    only change the date or time of voluntary surrender upon motion

                                    1

1    of either the defendant or the government with good cause

2    appearing.

3         The Clerk is directed to serve the U.S. Marshals Service a

4    copy of the order.

5         IT IS SO ORDERED.

6    Dated:   June 25, 2019

                                    /s/ John A. Mendez_____
7                                   John A. Mendez,
8                                   United States District Court Judge

2